UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

AZUCENA ASTUDILLO,

    Plaintiff,

vs.

PUBLIX SUPER MARKETS, INC.,

    Defendant.
_____/

## COMPLAINT

Plaintiff, by and through undersigned counsel, sues the Defendant, PUBLIX SUPER MARKETS, INC., (hereinafter, "Defendant"), and alleges as follows:

1. Plaintiff, a former employee of the Defendant, brings this action to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq.

2. Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

3. The unlawful employment practices alleged herein occurred and/or were committed within this judicial district.

4. At all times material hereto, Plaintiff is/was a resident of this judicial district, an employee of the Defendants, sui juris and otherwise within the jurisdiction of this Court.

5. At all times material hereto, Defendant, was the employer or former employer of the Plaintiff and is conducting business in this judicial district and is otherwise an 'employer' under the FLSA.

6. At all times material hereto, Defendant was and continues to be an 'enterprise

engaged in commerce' within the meaning of the FLSA.

8. That at all times material hereto, Plaintiff was 'engaged in commerce' within the meaning of the FLSA.

9. The Plaintiff was hired as a non-exempt employee by the Defendant.

10. The Defendant, however, had Plaintiff, a non-exempt employee under the FLSA, work in excess of forty (40) hours per work week, but willfully refused to properly compensate Plaintiff for such work in violation of the FLSA.

11. However, during this employment, on or about September of 2013, the Defendant became aware that the Plaintiff had worked unpaid overtime, as well as other employees in the produce department, and opened up an investigation into the Plaintiff's hours worked.

12. From there, the Defendant began to inquire as to how many hours the Plaintiff allegedly worked.

13. When the Plaintiff informed the Defendant that she had worked approximately 7-10 hours of overtime per week, the Defendant instead offered the Plaintiff approximately 2-4 hours per week, with no liquidation (i.e. penalty) for this unpaid overtime.

14. When the Plaintiff said that she was unwilling to accept the amount being offered, the Defendant simply deposited funds in the Plaintiff's account for the amounts of 2-4 hours, as opposed to the actual amount due.

15. Plaintiff's requests for clarification or other information were ignored, essentially that the Defendant had satisfied this matter.

16. Thus, Plaintiff still is owed overtime wages from the Defendant, along with liquidated damages for these hours.

17. All records concerning the number of hours actually worked by Plaintiff are presumably in the exclusive possession and sole custody and control of the Defendant, and therefore, Plaintiff is unable to state at this time the exact amount due.

18. Plaintiff, however, will exert diligent efforts to obtain such information by appropriate discovery proceedings, to be taken promptly in this case, and if required, an amendment to this Complaint will be submitted to set forth an amount due by the Plaintiff.

## COUNT I - FLSA

Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 18 above.

19. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

20. By reason of the intentional, willful and unlawful acts of the Defendant, PUBLIX SUPER MARKETS, INC. in violation of the FLSA, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, PUBLIX SUPER MARKETS, INC. for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts.

Dated: 11/5/13 .

                Respectfully submitted,

                LEVY & LEVY, P.A.
                300 Southeast 13th Street
                Fort Lauderdale, Florida 33316
                Telephone:   (954) 463-2001
                Facsimile:    (954) 463-0410
                Counsel for Plaintiff

                _____
                CHAD E. LEVY, ESQUIRE
                Florida Bar Number 0851701